

## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

Meghan Leanne Garza,

\* From the 161st District Court
of Ector County, Texas
Trial Court No. B-16-0297-CR.

Vs. No. 11-16-00149-CR

\* December 15, 2016

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.